UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:19CR 171 ( VLB ) |
| v. | VIOLATION: |
| CRISPIN ABARIENTOS | 18 U.S.C. § 1347<br>(Health Care Fraud) |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Health Care Fraud)

Introduction

At all relevant times to this Information:

1. The defendant, CRISPIN ABARIENTOS ("ABARIENTOS"), was licensed by the State of Connecticut to practice medicine as a physician. ABARIENTOS was also the owner and sole practitioner of Middlesex Rheumatology, LLC, a medical practice located at 80 East Main Street in Middletown, Connecticut, which specialized in the diagnosis and treatment of arthritis, autoimmune diseases, and related conditions.

2. The Connecticut Medicaid program was a health care benefit program in which medical benefits, items, and services were provided to Medicaid beneficiary patients in Connecticut. The Connecticut Medicaid program was jointly funded by the State of Connecticut and the United States government. In Connecticut, Medicaid was administered by the State of Connecticut's Department of Social Services.

## Manner and Means

7. In furtherance of the above scheme and artifice to defraud, ABARIENTOS committed the following acts:

8. From September 2013 through January 2018, ABARIENTOS submitted and caused the submission of fraudulent claims to the Medicaid program for Remicade purportedly provided to Medicaid beneficiary patients. By submitting these false claims for Remicade to Connecticut Medicaid, ABARIENTOS obtained quantities of Remicade for his practice to which he was not entitled.

9. In order to substantiate the fraudulent claims being made to Connecticut Medicaid on behalf of the Medicaid beneficiary patients, ABARIENTOS routinely completed prior authorization forms falsely claiming that Remicade was "medically necessary" to treat the patient's medical conditions, and once prior authorization was granted by Medicaid, ABAIRENTOS would then write prescriptions for Remicade in the patient's name, which caused Caremark to deliver quantities of Remicade to Middlesex Rheumatology for use in the Medicaid patient.

10. These fraudulent claims resulted in a loss to the Medicaid program of approximately $894,789.00.

## Execution of the Scheme

11. In or about August of 2014 through August of 2015, ABARIENTOS knowingly and willfully executed and attempted to execute the above-described scheme and artifice to defraud and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by and under the custody and control of the Connecticut Medicaid program, a "health care benefit program" as defined in Title 18, United States Code, Section 24(b),

in connection with the delivery of and payment for health care benefits, items, and services. Specifically, on or about August 14, 2014, ABARIENTOS provided a consultation to a new patient, L.A., who complained of joint pain. ABARIENTOS's treatment plan at the time was to prescribe an oral pain medication, x-rays, and bloodwork. However, two weeks later, without an intervening consultation with L.A., ABARIENOTS submitted to Connecticut Medicaid a Drug Prior Authorization Request Form completed with L.A.'s name, Medicaid ID number, and birthdate, purporting to request Remicade dosing for up to 12 months as "medically necessary" for L.A.'s treatment. One day later, on or about August 27, 2014, ABARIENTOS submitted a claim for Remicade on behalf of patient L.A. to Connecticut Medicaid, which authorized the dispensing of (and which Caremark, in turn, did dispense) approximately $37,698.00 of Remicade to Middlesex Rheumatology over the next 10 months for the treatment of L.A., even though L.A. ceased treatment with ABARIENTOS within weeks of L.A.'s first August 2014 visit and L.A. never received any treatment from ABARIENTOS with Remicade.

All in violation of Title 18, United States Code, Section 1347.

UNITED STATES OF AMERICA

_____
JOHN H. DURHAM
UNITED STATES ATTORNEY

_____
LAUREN C. CLARK
ASSISTANT UNITED STATES ATTORNEY

4